# United States Bankruptcy Court

Middle District of Georgia

In re:

Joseph Sidney Dumas
aka J. Sidney Dumas
864 Wimbledon Court
Macon, GA 31210

Debtor(s)

Case No. 16–50095 jps

Chapter 7

### ORDER OF CONTINUANCE

The Motion For Relief From Stay and/or Motion For Relief From Co–Debtor Stay noted below came on for hearing before the Court as scheduled and parties requested a continuance of the hearing. Therefore, the Hearing on Movant's motion,

*266* – Motion for Relief from Stay Fee Amount $181, filed by Creditor Sterling National Bank, as Successor by merger to Astoria Bank Hearing scheduled for 01/04/2018 at 10:30 AM – Macon Courtroom A. (Mestres, Ciro)

is continued to:

**U.S. Bankruptcy Court – Macon, Courtroom A, 433 Cherry Street, Macon, GA 31201 on 2/8/18 at 10:30 AM**

or as soon thereafter as the matter can be heard. The automatic stay remains in full force and effect until said hearing and further order of the Court.



Dated: 1/4/18

/s/ James P. Smith
United States Bankruptcy Judge