Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-50095 JPS  
**Case Name:** DUMAS, JOSEPH SIDNEY  

**Period Ending:** 12/31/18  

**Trustee:** (300080)   William M. Flatau  
**Filed (f) or Converted (c):** 01/15/16 (f)  
**§341(a) Meeting Date:** 03/09/16  
**Claims Bar Date:** 11/15/16  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 2 | 864 Wimbledon Court, Macon, GA 31210-0000, Bibb<br>Imported from original petition Doc# 24 | 152,500.00 | 0.00 | OA | 0.00 | FA |
| 3 | Hwy 83 S, Jasper County<br>Land, 1/8 Interest in 7<br>   acres, Hwy 83S, Jasper Co., GA | 288.00 | 288.00 | | 0.00 | FA |
| 4 | Cash<br>Imported from original petition Doc# 24 | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Checking: Capital City Bank xxxx6901<br>Imported from original petition Doc# 24 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Checking: Capital City Bank xxxx1506<br>Imported from original petition Doc# 24 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Checking: Capital City Bank xxxx7001<br>Imported from original petition Doc# 24 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Checking: Capital City Bank xxxx6801<br>Imported from original petition Doc# 24 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Drum Art, Basement Main Room<br>Imported from original petition Doc# 24 | 10.00 | 10.00 | OA | 0.00 | FA |
| 10 | Jack Daniel Bottles (16), Basement Main Room<br>Imported from original petition Doc# 24 | 35.00 | 35.00 | | 0.00 | FA |
| 11 | Furniture, Basement Main Room<br>Imported from original petition Doc# 24 | 10.00 | 10.00 | | 0.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-50095 JPS  
**Case Name:** DUMAS, JOSEPH SIDNEY  

**Period Ending:** 12/31/18  

**Trustee:** (300080) William M. Flatau  
**Filed (f) or Converted (c):** 01/15/16 (f)  
**§341(a) Meeting Date:** 03/09/16  
**Claims Bar Date:** 11/15/16  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | Igloo Cooler, Basement Main Room<br>Imported from original petition Doc# 24 | 5.00 | 5.00 | | 0.00 | FA |
| 13 | Office Furniture, Basement Main Room<br>Imported from original petition Doc# 24 | 125.00 | 125.00 | OA | 0.00 | FA |
| 14 | Office Accessories, Basement Main Room<br>Imported from original petition Doc# 24 | 20.00 | 20.00 | OA | 0.00 | FA |
| 15 | Office Supplies, Basement Main Room<br>Imported from original petition Doc# 24 | 35.00 | 35.00 | OA | 0.00 | FA |
| 16 | Office Equipment, Basement Main Room<br>Imported from original petition Doc# 24 | 20.00 | 20.00 | OA | 0.00 | FA |
| 17 | Small Side Table, Basement Main Room<br>Imported from original petition Doc# 24 | 20.00 | 20.00 | OA | 0.00 | FA |
| 18 | Sofa/Bamboo Table, Basement Main Room<br>Imported from original petition Doc# 24 | 20.00 | 20.00 | OA | 0.00 | FA |
| 19 | TV, Basement Main Room<br>Imported from original petition Doc# 24 | 25.00 | 25.00 | OA | 0.00 | FA |
| 20 | Folding Chairs (6), Basement Main Room<br>Imported from original petition Doc# 24 | 10.00 | 10.00 | OA | 0.00 | FA |
| 21 | Folding Table, Basement Main Room<br>Imported from original petition Doc# 24 | 5.00 | 5.00 | OA | 0.00 | FA |
| 22 | Bird Cage/Dog Feeder, Basement Main Room<br>Imported from original petition Doc# 24 | 5.00 | 5.00 | OA | 0.00 | FA |

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-50095 JPS  
**Case Name:** DUMAS, JOSEPH SIDNEY  

**Period Ending:** 12/31/18

**Trustee:** (300080)   William M. Flatau  
**Filed (f) or Converted (c):** 01/15/16 (f)  
**§341(a) Meeting Date:** 03/09/16  
**Claims Bar Date:** 11/15/16

| 1<br>Ref. # | Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 23 | Small Lamp/Shelf, Basement Main Room<br>Imported from original petition Doc# 24 | 2.50 | 2.50 | OA | 0.00 | FA |
| 24 | Safe, Basement Main Room<br>Imported from original petition Doc# 24 | 100.00 | 0.00 | OA | 0.00 | FA |
| 25 | Single Beds (2), Basement Bedroom<br>Imported from original petition Doc# 24 | 50.00 | 50.00 | OA | 0.00 | FA |
| 26 | Bedroom Suit, Basement Bedroom<br>Imported from original petition Doc# 24 | 200.00 | 140.00 | OA | 0.00 | FA |
| 27 | Gun Ammo, Basement Hall Closet<br>Imported from original petition Doc# 24 | 250.00 | 250.00 | OA | 0.00 | FA |
| 28 | Gun Cases & Accessories, Basement Hall Closet<br>Imported from original petition Doc# 24 | 75.00 | 75.00 | OA | 0.00 | FA |
| 29 | Books, Basement Hall Closet<br>Imported from original petition Doc# 24 | 5.00 | 5.00 | OA | 0.00 | FA |
| 30 | Bathroom Furnishings, Master Bathroom<br>Imported from original petition Doc# 24 | 70.00 | 70.00 | OA | 0.00 | FA |
| 31 | Mantle Clock, Kitchen<br>Imported from original petition Doc# 24 | 100.00 | 30.00 | OA | 0.00 | FA |
| 32 | Plates & Glasses, Kitchen<br>Imported from original petition Doc# 24 | 30.00 | 30.00 | OA | 0.00 | FA |
| 33 | Table & Chairs, Kitchen<br>Imported from original petition Doc# 24 | 100.00 | 0.00 | OA | 0.00 | FA |

Printed: 01/09/2019 11:36 AM   V.14.14

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-50095 JPS  
**Case Name:** DUMAS, JOSEPH SIDNEY  
**Period Ending:** 12/31/18

**Trustee:** (300080) William M. Flatau  
**Filed (f) or Converted (c):** 01/15/16 (f)  
**§341(a) Meeting Date:** 03/09/16  
**Claims Bar Date:** 11/15/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 34 | Sofa, Kitchen<br>Imported from original petition Doc# 24 | 25.00 | 25.00 | OA | 0.00 | FA |
| 35 | Arm Chairs (2), Kitchen<br>Imported from original petition Doc# 24 | 25.00 | 25.00 | OA | 0.00 | FA |
| 36 | Old TV, Kitchen<br>Imported from original petition Doc# 24 | 10.00 | 10.00 | OA | 0.00 | FA |
| 37 | Entertainment Center, Kitchen<br>Imported from original petition Doc# 24 | 50.00 | 50.00 | OA | 0.00 | FA |
| 38 | Fireplace Tools, Kitchen<br>Imported from original petition Doc# 24 | 20.00 | 20.00 | OA | 0.00 | FA |
| 39 | Liquor/Wine, Kitchen<br>Imported from original petition Doc# 24 | 10.00 | 10.00 | OA | 0.00 | FA |
| 40 | Decor & Pictures, Kitchen<br>Imported from original petition Doc# 24 | 30.00 | 30.00 | OA | 0.00 | FA |
| 41 | Coffee Makers (2), Kitchen<br>Imported from original petition Doc# 24 | 15.00 | 15.00 | OA | 0.00 | FA |
| 42 | Small Side Table, Kitchen<br>Imported from original petition Doc# 24 | 12.00 | 12.00 | OA | 0.00 | FA |
| 43 | Large Side Table, Kitchen<br>Imported from original petition Doc# 24 | 20.00 | 20.00 | OA | 0.00 | FA |
| 44 | Microwave & Toaster, Kitchen<br>Imported from original petition Doc# 24 | 12.00 | 12.00 | OA | 0.00 | FA |

Page: 5

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-50095 JPS  
**Case Name:** DUMAS, JOSEPH SIDNEY  

**Period Ending:** 12/31/18

**Trustee:** (300080)   William M. Flatau  
**Filed (f) or Converted (c):** 01/15/16 (f)  
**§341(a) Meeting Date:** 03/09/16  
**Claims Bar Date:** 11/15/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 45 | Lamp, Kitchen<br>    Imported from original petition Doc# 24 | 5.00 | 5.00 | OA | 0.00 | FA |
| 46 | Lamp, Half-Bath<br>    Imported from original petition Doc# 24 | 5.00 | 5.00 | OA | 0.00 | FA |
| 47 | Mirror, Basement Hall<br>    Imported from original petition Doc# 24 | 10.00 | 10.00 | OA | 0.00 | FA |
| 48 | Mirror, Basement Bathroom<br>    Imported from original petition Doc# 24 | 50.00 | 50.00 | OA | 0.00 | FA |
| 49 | Table, Dining Room<br>    Imported from original petition Doc# 24 | 200.00 | 0.00 | OA | 0.00 | FA |
| 50 | Lamps, Dining Room<br>    Imported from original petition Doc# 24 | 50.00 | 50.00 | OA | 0.00 | FA |
| 51 | CDs, Stairway<br>    Imported from original petition Doc# 24 | 30.00 | 30.00 | OA | 0.00 | FA |
| 52 | CD Stands, StairWay<br>    Imported from original petition Doc# 24 | 20.00 | 20.00 | OA | 0.00 | FA |
| 53 | Picture, StairWay<br>    Imported from original petition Doc# 24 | 5.00 | 5.00 | OA | 0.00 | FA |
| 54 | Christmas Decor, Attic<br>    Imported from original petition Doc# 24 | 100.00 | 100.00 | OA | 0.00 | FA |
| 55 | Old Lamps, Attic<br>    Imported from original petition Doc# 24 | 25.00 | 25.00 | OA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-50095 JPS  
**Case Name:** DUMAS, JOSEPH SIDNEY  
**Period Ending:** 12/31/18  

**Trustee:** (300080)   William M. Flatau  
**Filed (f) or Converted (c):** 01/15/16 (f)  
**§341(a) Meeting Date:** 03/09/16  
**Claims Bar Date:** 11/15/16  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 56 | Pictures, Attic<br>Imported from original petition Doc# 24 | 20.00 | 20.00 | OA | 0.00 | FA |
| 57 | Misc. Items, Attic<br>Imported from original petition Doc# 24 | 40.00 | 40.00 | OA | 0.00 | FA |
| 58 | Bed, Master Bedroom<br>Imported from original petition Doc# 24 | 300.00 | 0.00 | OA | 0.00 | FA |
| 59 | Night Stands, Master Bedroom<br>Imported from original petition Doc# 24 | 100.00 | 100.00 | OA | 0.00 | FA |
| 60 | Chest of Drawers, Master Bedroom<br>Imported from original petition Doc# 24 | 150.00 | 0.00 | OA | 0.00 | FA |
| 61 | Vanity with Mirror, Master Bedroom<br>Imported from original petition Doc# 24 | 230.00 | 0.00 | OA | 0.00 | FA |
| 62 | Lamp, Master Bedroom<br>Imported from original petition Doc# 24 | 25.00 | 25.00 | OA | 0.00 | FA |
| 63 | Books, Master Bedroom<br>Imported from original petition Doc# 24 | 10.00 | 10.00 | OA | 0.00 | FA |
| 64 | Arm Chairs, Master Bedroom<br>Imported from original petition Doc# 24 | 100.00 | 60.00 | OA | 0.00 | FA |
| 65 | Foot Stool, Master Bedroom<br>Imported from original petition Doc# 24 | 37.50 | 37.50 | OA | 0.00 | FA |
| 66 | Small Table Stand, Master Bedroom<br>Imported from original petition Doc# 24 | 37.50 | 37.50 | OA | 0.00 | FA |

**Form 1**

Page: 7

## Individual Estate Property Record and Report
## Asset Cases

| **Case Number:** | 16-50095 JPS | **Trustee:** | (300080) | William M. Flatau |
| --- | --- | --- | --- | --- |
| **Case Name:** | DUMAS, JOSEPH SIDNEY | **Filed (f) or Converted (c):** | 01/15/16 (f) | |
| | | **§341(a) Meeting Date:** | 03/09/16 | |
| **Period Ending:** | 12/31/18 | **Claims Bar Date:** | 11/15/16 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 67 | Chairs (3), Livingroom<br>Imported from original petition Doc# 24 | 150.00 | 0.00 | OA | 0.00 | FA |
| 68 | Foot Stool, Livingroom<br>Imported from original petition Doc# 24 | 25.00 | 25.00 | OA | 0.00 | FA |
| 69 | Small Lamps, Livingroom<br>Imported from original petition Doc# 24 | 25.00 | 25.00 | OA | 0.00 | FA |
| 70 | Entertainment Center, Livingroom<br>Imported from original petition Doc# 24 | 250.00 | 250.00 | OA | 0.00 | FA |
| 71 | TV/DVD, Livingroom<br>Imported from original petition Doc# 24 | 150.00 | 20.00 | OA | 0.00 | FA |
| 72 | Plant Stands, Livingroom<br>Imported from original petition Doc# 24 | 40.00 | 40.00 | OA | 0.00 | FA |
| 73 | Large Lamps (6), Livingroom<br>Imported from original petition Doc# 24 | 125.00 | 125.00 | OA | 0.00 | FA |
| 74 | Fireplace Set, Livingroom<br>Imported from original petition Doc# 24 | 20.00 | 20.00 | OA | 0.00 | FA |
| 75 | Fire Irons, Livingroom<br>Imported from original petition Doc# 24 | 10.00 | 10.00 | OA | 0.00 | FA |
| 76 | Misc., Livingroom<br>Imported from original petition Doc# 24 | 40.00 | 40.00 | OA | 0.00 | FA |
| 77 | Misc. Garage Items<br>Imported from original petition Doc# 24 | 50.00 | 50.00 | OA | 0.00 | FA |

Page: 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-50095 JPS  
**Case Name:** DUMAS, JOSEPH SIDNEY  

**Period Ending:** 12/31/18

**Trustee:** (300080)   William M. Flatau  
**Filed (f) or Converted (c):** 01/15/16 (f)  
**§341(a) Meeting Date:** 03/09/16  
**Claims Bar Date:** 11/15/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 78 | Portable Air Tank, Garage<br>Imported from original petition Doc# 24 | 25.00 | 25.00 | OA | 0.00 | FA |
| 79 | Old Push Mower (Does not Run), Garage<br>Imported from original petition Doc# 24 | 5.00 | 5.00 | OA | 0.00 | FA |
| 80 | Misc. Yard and Hand Tools, Garage<br>Imported from original petition Doc# 24 | 50.00 | 50.00 | OA | 0.00 | FA |
| 81 | Ladder, Garage<br>Imported from original petition Doc# 24 | 15.00 | 15.00 | OA | 0.00 | FA |
| 82 | Plastic Folding Table, Garage<br>Imported from original petition Doc# 24 | 10.00 | 10.00 | OA | 0.00 | FA |
| 83 | Kitchen Utensils, Kitchen<br>Imported from original petition Doc# 24 | 15.00 | 15.00 | OA | 0.00 | FA |
| 84 | Sofa, Livingroom<br>Imported from original petition Doc# 24 | 250.00 | 250.00 | OA | 0.00 | FA |
| 85 | Calculators (2), Basement Main Room<br>Imported from original petition Doc# 24 | 10.00 | 10.00 | OA | 0.00 | FA |
| 86 | Computer/Printer, Basement Main Room<br>Imported from original petition Doc# 24 | 75.00 | 75.00 | OA | 0.00 | FA |
| 87 | Stereo, Livingroom<br>Imported from original petition Doc# 24 | 50.00 | 50.00 | OA | 0.00 | FA |
| 88 | Old Records, Basement Main Room<br>Imported from original petition Doc# 24 | 30.00 | 30.00 | OA | 0.00 | FA |

**Form 1**

Page: 9

**Individual Estate Property Record and Report**

**Asset Cases**

**Case Number:** 16-50095 JPS  
**Case Name:** DUMAS, JOSEPH SIDNEY  
**Period Ending:** 12/31/18

**Trustee:** (300080)   William M. Flatau  
**Filed (f) or Converted (c):** 01/15/16 (f)  
**§341(a) Meeting Date:** 03/09/16  
**Claims Bar Date:** 11/15/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 89 | Hot Sauce, Kitchen<br>Imported from original petition Doc# 24 | 50.00 | 50.00 | OA | 0.00 | FA |
| 90 | Men's Clothing<br>Imported from original petition Doc# 24 | 300.00 | 60.00 | OA | 0.00 | FA |
| 91 | Rolex Oyster Perpetual Watch, (Broken and does n<br>Imported from original petition Doc# 24 | 500.00 | 0.00 | OA | 0.00 | FA |
| 92 | Red Drum Set (50% Interest), Basement Main Room<br>Imported from original petition Doc# 24 | 125.00 | 125.00 | OA | 0.00 | FA |
| 93 | Scale Cars, Basement Main Room<br>Imported from original petition Doc# 24 | 50.00 | 50.00 | OA | 0.00 | FA |
| 94 | Old Sound Items, Basement Main Room<br>Imported from original petition Doc# 24 | 200.00 | 0.00 | OA | 0.00 | FA |
| 95 | Old Books, Basement Main Room<br>Imported from original petition Doc# 24 | 15.00 | 15.00 | OA | 0.00 | FA |
| 96 | Mircrophones, Basement Main Room<br>Imported from original petition Doc# 24 | 25.00 | 0.00 | OA | 0.00 | FA |
| 97 | Gun Cleaners, Basement Main Room<br>Imported from original petition Doc# 24 | 10.00 | 10.00 | OA | 0.00 | FA |
| 98 | Gun Cases, Basement Main Room<br>Imported from original petition Doc# 24 | 50.00 | 50.00 | OA | 0.00 | FA |
| 99 | Ducks (7), Basement Main Room<br>Imported from original petition Doc# 24 | 50.00 | 50.00 | OA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-50095 JPS  
**Case Name:** DUMAS, JOSEPH SIDNEY  
**Period Ending:** 12/31/18

**Trustee:** (300080) William M. Flatau  
**Filed (f) or Converted (c):** 01/15/16 (f)  
**§341(a) Meeting Date:** 03/09/16  
**Claims Bar Date:** 11/15/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 100 | Skis, Basement Main Room<br>Imported from original petition Doc# 24 | 20.00 | 20.00 | OA | 0.00 | FA |
| 101 | Ruger .223<br>Imported from original petition Doc# 24 | 300.00 | 0.00 | OA | 0.00 | FA |
| 102 | Ruger .22<br>Imported from original petition Doc# 24 | 300.00 | 0.00 | OA | 0.00 | FA |
| 103 | Ruger .17<br>Imported from original petition Doc# 24 | 300.00 | 0.00 | OA | 0.00 | FA |
| 104 | Marlin .22<br>Imported from original petition Doc# 24 | 100.00 | 40.00 | OA | 0.00 | FA |
| 105 | 380 Auto<br>Imported from original petition Doc# 24 | 200.00 | 0.00 | OA | 0.00 | FA |
| 106 | Glock .40-Auto<br>Imported from original petition Doc# 24 | 350.00 | 0.00 | OA | 0.00 | FA |
| 107 | Rossi .38 Revolver<br>Imported from original petition Doc# 24 | 150.00 | 130.00 | OA | 0.00 | FA |
| 108 | Ruger .17 (Target Rifle)<br>Imported from original petition Doc# 24 | 300.00 | 0.00 | OA | 0.00 | FA |
| 109 | Colt AR-15<br>Imported from original petition Doc# 24 | 500.00 | 0.00 | OA | 0.00 | FA |
| 110 | BushWacker .223<br>Imported from original petition Doc# 24 | 400.00 | 0.00 | OA | 0.00 | FA |

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-50095 JPS  
**Case Name:** DUMAS, JOSEPH SIDNEY  
**Period Ending:** 12/31/18  

**Trustee:** (300080) William M. Flatau  
**Filed (f) or Converted (c):** 01/15/16 (f)  
**§341(a) Meeting Date:** 03/09/16  
**Claims Bar Date:** 11/15/16  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 111 | Mossberg 12 gauge<br>Imported from original petition Doc# 24 | 200.00 | 50.00 | OA | 0.00 | FA |
| 112 | Ruger .22 (Target)<br>Imported from original petition Doc# 24 | 200.00 | 140.00 | OA | 0.00 | FA |
| 113 | Winchester 30-30<br>Imported from original petition Doc# 24 | 125.00 | 0.00 | OA | 0.00 | FA |
| 114 | Remington .22 Rifle<br>Imported from original petition Doc# 24 | 50.00 | 0.00 | OA | 0.00 | FA |
| 115 | Mossberg 12 gauge short<br>Imported from original petition Doc# 24 | 200.00 | 0.00 | OA | 0.00 | FA |
| 116 | Int. in Ins. policies: Woodmen of the World (de<br>Imported from original petition Doc# 24 | 0.00 | 0.00 | | 0.00 | FA |
| 117 | Int. in Ins. policies: Principal (de minimis lif<br>Imported from original petition Doc# 24 | 0.00 | 0.00 | | 0.00 | FA |
| 118 | J. Sidney Dumas IRA: E*T rade<br>Imported from original petition Doc# 24 | 0.00 | 0.00 | | 0.00 | FA |
| 119 | DSW Holdings, LLC, 25% ownership<br>Imported from original petition Doc# 24 | 1.00 | 1.00 | | 0.00 | FA |
| 120 | JSD - South Land Resources, LLC, 100% ownership<br>Imported from original petition Doc# 24 | 1.00 | 1.00 | | 0.00 | FA |
| 121 | Southland Appraisals, Inc., 100% ownership<br>Imported from original petition Doc# 24 | 1.00 | 1.00 | | 0.00 | FA |

Page: 12

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-50095 JPS  
**Case Name:** DUMAS, JOSEPH SIDNEY  
**Period Ending:** 12/31/18

**Trustee:** (300080)   William M. Flatau  
**Filed (f) or Converted (c):** 01/15/16 (f)  
**§341(a) Meeting Date:** 03/09/16  
**Claims Bar Date:** 11/15/16

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 122 | JLS Investments, LLC, 33% ownership    Imported from original petition Doc# 24 | 0.00 | 0.00 | | 0.00 | FA |
| 123 | 2004 Ford Expedition, 168,000 miles. Entire prop    Imported from original petition Doc# 24 | 2,100.00 | 1,100.00 | OA | 0.00 | FA |
| 124 | 1964 Pontiac GTO, 100,000 miles, Has not been in    Imported from original petition Doc# 24 | 4,000.00 | 0.00 | OA | 0.00 | FA |
| 125 | 2000 Ford Expedition, 150,000 miles, Vehicle not    Imported from original petition Doc# 24 | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 126 | 1998 Chevrolet Tahoe, 180,000 miles. Entire prop    Imported from original petition Doc# 24 | 965.00 | 965.00 | OA | 0.00 | FA |
| 127 | 2006 KIA Sorento Mileage: 125,000 (Debtor is sho    Imported from original petition Doc# 24 | 0.00 | 0.00 | OA | 0.00 | FA |
| 128 | Potential claim against insiders  (u) | 200,000.00 | 200,000.00 | | 120,000.00 | 80,000.00 |
| 129 | Browning | 200.00 | 0.00 | OA | 0.00 | FA |
| 130 | Beretta | 400.00 | 0.00 | OA | 0.00 | FA |
| 131 | Smith & Wesson | 300.00 | 0.00 | OA | 0.00 | FA |
| 132 | Sand Pointe Properties, LLC 100% | 0.00 | 1.00 | | 0.00 | 0.00 |
| 133 | Unsecured loan to Thurman Willis    Suit to collect has been filed. | 0.00 | 1.00 | | 0.00 | 0.00 |
| 134 | Formerly potential and now liquidated claim as (u)    reflected on debtor's amended Schedule B, docket 326. | Unknown | 0.00 | OA | 0.00 | 0.00 |

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-50095 JPS  
**Case Name:** DUMAS, JOSEPH SIDNEY  

**Period Ending:** 12/31/18  

**Trustee:** (300080)    William M. Flatau  
**Filed (f) or Converted (c):** 01/15/16 (f)  
**§341(a) Meeting Date:** 03/09/16  
**Claims Bar Date:** 11/15/16  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 134 | **Assets**    **Totals** (Excluding unknown values) | $371,452.50 | $207,144.50 | | $120,000.00 | $80,000.00 |

**Major Activities Affecting Case Closing:**

    ASSIST IN POSSIBLE PREFERENTIAL TRANFERS.

**Initial Projected Date Of Final Report (TFR):** January 31, 2017    **Current Projected Date Of Final Report (TFR):** June 1, 2019

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 16-50095 JPS  
**Case Name:** DUMAS, JOSEPH SIDNEY  

**Taxpayer ID #:** **-***9799  
**Period Ending:** 12/31/18  

**Trustee:** William M. Flatau (300080)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2066 - Checking Account  
**Blanket Bond:** $5,415,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/28/18 | {128} | Stone & Baxter, LLP | Court ordered settlement v. Dumas defendants | 1241-000 | 120,000.00 | | 120,000.00 |
| 07/17/18 | 101 | Fife M. Whiteside, Esq. | Partial payment of attys fees for atty for trustee per order of 7/9/18 | 3210-000 | | 34,553.75 | 85,446.25 |
| 07/17/18 | 102 | Fife M. Whiteside | Expenses for atty for trustee per order of 7/9/18 | 3220-000 | | 8,905.95 | 76,540.30 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 171.60 | 76,368.70 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.50 | 76,255.20 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.49 | 76,196.71 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.88 | 76,127.83 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.56 | 76,065.27 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.43 | 76,004.84 |
| | | | **ACCOUNT TOTALS** | | **120,000.00** | **43,995.16** | **$76,004.84** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **120,000.00** | **43,995.16** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$120,000.00** | **$43,995.16** | |

{} Asset reference(s)  
Printed: 01/09/2019 11:36 AM   V.14.14

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 16-50095 JPS  
**Case Name:** DUMAS, JOSEPH SIDNEY  

**Taxpayer ID #:** **-***9799  
**Period Ending:** 12/31/18  

**Trustee:** William M. Flatau (300080)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2066 - Checking Account  
**Blanket Bond:** $5,415,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** |  |  |  |
| **Checking # ******2066** | 120,000.00 | 43,995.16 | 76,004.84 |
|  | $120,000.00 | $43,995.16 | $76,004.84 |

{} Asset reference(s)

Printed: 01/09/2019 11:36 AM    V.14.14