# FIFE M. WHITESIDE, P.C.

**1124 Lockwood Ave.**
**Columbus, Georgia 31906**
**Phone: (706) 320-1215**
**Fax: (706) 320-1217**
**whitesidef@mindspring.com**

| | |
|---|---|
| **Admitted:** | **Mailing Address:** |
| Georgia and Mississippi | P. O. Box 5383 |
| | Columbus, GA 31906 |

April 11, 2019

**VIA FIRST-CLASS MAIL & E-MAIL**

David L. Bury, Jr., Esq.
Stone & Baxter, LLP
577 Mulberry Street
Suite 800
Macon, GA 31201

    Re:    *In Re: Joseph Sidney Dumas*
               **Chapter 7; Case No. 16-50095**

Dear Dave:

    Thank you for discussing your motion under Rule 41 and a compromise concerning the obligation owed to NCP Miami, LLC, the successor to RREF II CER Co. Acquisitions, LLC, and, based on your e-mail to us, our conversation, and a subsequent confidential e-mail (the contents of which we will not disclose with which we are satisfied), we are going to withhold objection to the proposed compromise and wish you the best of luck in funding that compromise, as well as the one already made with the Trustee.

    I am filing this letter with the Court simply to make sure that it is clear that we have not overlooked the deadline.

    Thanking you, I am

                                  Very truly yours,

                                  */s/ Fife M. Whiteside*

                                  Fife M. Whiteside

FMW:klo
cc: Gregory D. Taylor, Esq.
    William M. Flatau, Esq.
    Clerk, for electronic filing