**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| **JOSEPH SIDNEY DUMAS,** | * | |
| | * | |
| Debtor(s) | * | CASE NO. 16-50095 AEC |
| | * | |

## ABANDONMENT OF PROPERTY

After notice and a hearing, WILLIAM M. FLATAU, Trustee representing the estate of the above-named debtor(s), has determined that the following property is burdensome to the estate or that it is of inconsequential value to the estate:

DESCRIPTION OF PROPERTY

- 1/8 interest in 7 acres in land on Hwy. 83 S in Jasper County, GA
- Cash - $100.00
- Capitol City Bank, Checking Accounts (4), 6901, 1506, 7001, 6801
- Jack Daniel bottles (16)
- Furniture, Basement
- Igloo cooler, Basement
- Interest in ins. Policies – Woodmen of the World
- Interest in ins. Policy – Principal
- J. Sidney Dumas IRA E*Trade
- DSW Holdings, LLC – 25% ownership
- JSD South Land Resources, LLC – 100% ownership
- Southland Appraisals, Inc. – 100% ownership
- JLS Investments, LLC – 33% ownership
- Sand Pointe Properties, LLC – 100% ownership

- Debtor claimant in American Arbitration Assn against Junk King Franchise Systems, Inc. regarding breach of a franchise agreement which Sand Pointe Properties, LLC was original Franchisee and which Eco-X-Press, LLC is current franchisee.

NOW, therefore, pursuant to the powers vested in him by Bankruptcy Code 544(a), WILLIAM M. FLATAU, Trustee, does hereby abandon the above-described property.

This 24th day of April, 2019.

        /s/ William M. Flatau_____
**WILLIAM M. FLATAU**
Chapter 7 Trustee
State Bar No. 262800

118 Idle Hour Drive
Macon, Georgia  31210
(478) 719-0628
billflatau@hotmail.com