LAW OFFICE

# WILLIAM M. FLATAU

118 IDLE HOUR DRIVE

MACON, GEORGIA  31210

T  478.719.0628

_____

July 17, 2019

United States Bankruptcy Court
Post Office Box 1957
Macon, Georgia  31202

      RE:   *Joseph Sidney Dumas*
              *Chapter 7 Case No. 16-50095*

Dear Clerk:

      Please send to my office a statement reflecting administrative expenses for the above stated case.

                        Sincerely yours,

                        WILLIAM M. FLATAU

WMF/cow