# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA
### P.O. BOX 1957
### MACON, GEORGIA 31202

Date:            **July 23, 2019**

To:              **William M. Flatau**

Your Name:  **Merri Huellemeier**

Case Number: **16-50095**

Debtor(s):    **Joseph Sidney Dumas**

### Statement For Administrative Expenses Due To Clerk

The following fees for services provided by the Clerk's Office are administrative expenses and must be paid in full at or before the Final Meeting in the above case.

Adversary 18-5003
William Flatau vs. Thurman Willis

**TOTAL DUE:**    **$350.00**

Please make payments by docketing "Fees Paid (Misc)" in the "Other" category.

Thank You

modified 4/08