**SO ORDERED.**

**SIGNED this 17 day of September, 2019.**



_____
**James P. Smith**
**Chief United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In the Matter of: | : |
| | :   CHAPTER 7 |
| JOSEPH SIDNEY DUMAS, | : |
| | :   CASE NO. 16-50095 JPS |
| Debtor | : |

## ORDER AWARDING FINAL COMPENSATION TO ATTORNEYS FOR THE TRUSTEE

Upon consideration of the Application ("Application") of Katz, Flatau & Boyer, LLP, attorneys for the trustee in the above-styled case, for final compensation, after adequate notice to all parties in interest, and there being no objections to the Application, and it appearing that the compensation sought in the Application is reasonable in light of the factors identified in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Cir. 1974), and in Norman v. Housing Authority of City of Montgomery, 836 F.2d 1292 (11th Cir. 1988), and for cause shown, it is hereby

ORDERED that the Application be, and it is hereby, approved; and it is further

ORDERED that the trustee be, and he hereby is, authorized to pay as an administrative

expense to Katz, Flatau & Boyer, LLP compensation in the amount of $2,762.50 for legal services rendered; and it is further

ORDERED that the amount awarded herein and all previous awards are hereby ratified as final compensation.

END OF DOCUMENT

WILLIAM M. FLATAU
State Bar No. 262800
118 Idle Hour Drive
Macon, Georgia  31210
(478) 719-0628
billflatau@hotmail.com